OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 SEP. 24. 2015

9/23/2015

ORTIZ, OSCAR ORLANDO          Tr. Ct. No. 1150848-A                    WR-81,487-02

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. *See Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

OSCAR ORLANDO ORTIZ
TDC #1525993

EBN3B 79735